**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ARTURO JIMENEZ, FELIPE OCH SUY,                 Case No. **18-cv-10749 (AT)**
ISAIAS ENMANUEL GONZALEZ
TULUXAN, BANNER LOPEZ ESTRADA          **ORDER TO SHOW CAUSE FOR**
and DANY JOSUE CASTANON LOPEZ,          **DEFAULT JUDGMENT**
*individually and on behalf of others similarly*
*situated,*

                    Plaintiffs,

-v-

23 INNOVATIONS INC. (D/B/A BLUE
DOG KITCHEN BAR), YES FOOD LLC
(D/B/A BLUE DOG CAFE), EMERALD
STAFFING INC. (D/B/A BLUE DOG
KITCHEN DELIVERY), YANNA
SLAVUTSKY, BORIS SLAVUTSKY, YURI
HANIN, ELIZABETH SLAVUTSKY,
ELIZABETH GARCIA, ALEXANDRIA
DOE, and LAUREN DOE,

                    Defendants
----------------------------------------------------------X

Upon the declaration of Michael Faillace, Esq. dated August 19, 2019 and attached exhibits,

it is ORDERED:

That 23 INNOVATIONS INC. (D/B/A BLUE DOG KITCHEN BAR), YES FOOD

LLC (D/B/A BLUE DOG CAFE), EMERALD STAFFING INC. (D/B/A BLUE DOG

KITCHEN DELIVERY), YANNA SLA VUTSKY, BORIS SLAVUTSKY, YURI HANIN,

ELIZABETH SLAVUTSKY, ELIZABETH GARCIA, ALEXANDRIA DOE, and LAUREN

DOE, shall appear to show cause before a motion term of this Court at Courtroom: 15D 500

PEARL STREET NEW YORK, NEW YORK 10007 on _____,

at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel

may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal

Rules of Civil Procedure against those Defendants; and it is further

1

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon

the Defendants on or before ____ o'clock in the _____ noon on _____, 2019, by overnight

delivery shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before

_____ o'clock in the _____ noon on _____, 2019; and it is further

 ORDERED that any reply papers by Plaintiffs be filed with this Court on or before

_____ o'clock in the _____ noon on _____, 2019; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show

Cause may be grounds for the granting of a default judgment against them, in which event the

defendants will have no trial; and it is further

ORDERED that the Plaintiffs shall file proof of service of this Order to Show Cause by

_____, 2019.

Dated: New York, New York

ISSUED: _____        _____

                                                         Honorable Analisa Torres
                                                         United States District Judge

TO:

23 INNOVATIONS INC. (D/B/A BLUE
DOG KITCHEN BAR)
308 West 50th Street
New York, New York 10019

YES FOOD LLC (D/B/A BLUE DOG
CAFE)
155 West 56th Street
New York, New York 10019

EMERALD STAFFING INC. (D/B/A BLUE
DOG KITCHEN DELIVERY)
2440 Broadway, Suite 280
New York, New York 10024

YANNA SLAVUTSKY
2440 Broadway, Suite 280
New York, New York 10024

BORIS SLAVUTSKY
2440 Broadway, Suite 280
New York, New York 10024

YURI HANIN
2440 Broadway, Suite 280
New York, New York 10024

ELIZABETH SLAVUTSKY
2440 Broadway, Suite 280
New York, New York 10024

ELIZABETH GARCIA
2440 Broadway, Suite 280
New York, New York 10024

ALEXANDRIA DOE
2440 Broadway, Suite 280
New York, New York 10024

LAUREN DOE
2440 Broadway, Suite 280
New York, New York 10024