USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTURO JIMENEZ, ANTHONY MEJIA, ANTONIO MIGUEL JIMENEZ, FELIPE OCH SUY, ISAIAS ENMANUEL GONZALEZ TULUXAN, BANNER LOPEZ ESTRADA, DANY JOSUE CASTANON LOPEZ, and JILMAR D RAMIREZ, *individually and on behalf of others similarly situated*

Plaintiffs,

-against-

23 INNOVATIONS INC. (D/B/A BLUE DOG KITCHEN BAR), YES FOOD LLC (D/B/A BLUE DOG CAFE), EMERALD STAFFING INC. (D/B/A BLUE DOG KITCHEN DELIVERY), YANNA SLAVUTSKY, BORIS SLAVUTSKY, YURI HANIN, ELIZABETH SLAVUTSKY, ELIZABETH GARCIA, ALEXANDRA DOE, and LAUREN DOE,

Defendants
------------------------------------------------------------X

Case No. 18-cv-10749 (AT)

**DEFAULT JUDGMENT**

This action was commenced on November 16, 2018 by the filing of the summons and complaint. Dkt. # 1. Summonses were issued for the Defendants on November 20. See Dkt. No. 16-25. Service was then made between December 12 and 21, 2018. See Dkt. No. 26-35.

On February 1, 2019, Plaintiffs filed an Amended Complaint. See Dkt. No. 39. Summonses were issued for the Defendants on February 4, 2019. See Dkt. No. 50-59. Service was then made on February 6 and 8, 2019. See Dkt. No. 62-64, 67-73.

To date, no Defendant has answered the Complaint or Amended Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants. See Dkt. No. 104-114. The time for answering the Complaint having expired, it is

1

NOW, on order to show cause of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants 23 INNOVATIONS INC. (D/B/A BLUE DOG KITCHEN BAR), YES FOOD LLC (D/B/A BLUE DOG CAFE), EMERALD STAFFING INC. (D/B/A BLUE DOG KITCHEN DELIVERY), YANNA SLAVUTSKY, BORIS SLAVUTSKY, YURI HANIN, ELIZABETH SLAVUTSKY, ELIZABETH GARCIA, ALEXANDRA DOE, and LAUREN DOE

For Plaintiff ARTURO JIMENEZ: $17,066.00 plus prejudgment interest calculated upon the amount $3,233.00 at the rate of 9% per annum from October 26, 2017 to the date of judgment which is calculated to be __$580.35___;

For Plaintiff ANTHONY MEJIA: $15,040.00 plus prejudgment interest calculated upon the amount $2,520.00 at the rate of 9% per annum from September 3, 2018 to the date of judgment which is calculated to be __$258.49_;

For Plaintiff ANTONIO MIGUEL JIMENEZ: $27,189.00 plus prejudgment interest calculated upon the amount $8,594.50 at the rate of 9% per annum from March 16, 2016 to the date of judgment which is calculated to be __$2,790.98__;

For Plaintiff FELIPE OCH SUY: $19,988.70 plus prejudgment interest calculated upon the amount $3,224.25 at the rate of 9% per annum from November 29, 2017 to the date of judgment which is calculated to be __$551.74__;

For Plaintiff ISAIAS ENMANUEL GONZALEZ TULUXAN: $16,809.60 plus prejudgment interest calculated upon the amount $3,404.80 at the rate of 9% per annum from May 28, 2018 to the date of judgment which is calculated to be _$431.52___;

For Plaintiff BANNER LOPEZ ESTRADA: $26,266.00 plus prejudgment interest calculated upon the amount $8,133.00 at the rate of 9% per annum from January 28, 2017 to the date of judgment which is calculated to be __$2,003.39__;

For Plaintiff DANY JOSUE CASTANON LOPEZ: $13,291.60 plus prejudgment interest calculated upon the amount $967.50 at the rate of 9% per annum from July 15, 2018 to the date of judgment which is calculated to be ___$111.17__;

For Plaintiff JILMAR D RAMIREZ: $14,847.18 plus prejudgment interest calculated upon the amount $2,423.59 at the rate of 9% per annum from August 8, 2018 to the date of judgment which is calculated to be ___$264.14__;

That the Plaintiffs are awarded attorney's fees in the amount of $11,125.00, and costs in the amount of $443.29.

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15 percent, as required by NYLL § 198(4).

Dated: New York, New York

_10/24_____, 2019

_____
Hon. Analisa Torres
United States District Judge